UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARY KULIK,<br>Plaintiff,<br>v.<br><br>HARVARD PILGRIM HEALTHCARE, INC.,<br>LIBERTY MUTUAL INSURANCE COMPANY<br>OF BOSTON<br>and<br>MARK BRONSTEIN, ESQUIRE,<br>Defendants. | C. A. No.: 1:08-cv-00277-S-LDA |

**NOTICE OF APPEARANCE**

Please enter the appearance of Keturah Martin as attorney for Defendant Liberty Mutual Insurance Company of Boston ("Liberty Mutual").

Respectfully submitted,

Defendant,
Liberty Mutual Insurance Company,
By its attorneys,

/s/ Keturah Martin

Keturah Martin (R.I. Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Fax: (617) 367-2155
E-mail: martink@jacksonlewis.com

Dated: September 8, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of September 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Susan Deveney, by filing a copy through the Court's ECF system, which copy is available for viewing and downloading.

/s/ Keturah Martin