UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY KULIK,<br>Plaintiff,<br>v.<br><br>HARVARD PILGRIM HEALTHCARE, INC.,<br>LIBERTY MUTUAL INSURANCE COMPANY<br>OF BOSTON<br>and<br>MARK BRONSTEIN, ESQUIRE,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No.: 1:08-cv-00277-S-LDA |

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to F.R.C.P. 7.1, Defendant Liberty Mutual Insurance Company[1] submits this corporate disclosure statement and shows the Court as follows:

1. All of the parent corporations of Liberty Mutual Insurance Company are:

   Liberty Mutual Holding Company Inc.
   LMHC Massachusetts Holdings Inc.
   Liberty Mutual Group Inc.; and

2. No publicly held company owns 10 percent or more of the stock in Liberty Mutual Insurance Company.

[1] "Liberty Mutual Insurance Company" is Defendant's correct name. This name will be used in Defendant's future pleadings to refer to the entity incorrectly identified in Plaintiff's Complaint as "Liberty Mutual Insurance Company of Boston."

Respectfully submitted,

Defendant,
Liberty Mutual Insurance Company,
By its attorneys,

/s/ Keturah Martin

Keturah Martin (R.I. Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Fax: (617) 367-2155
E-mail: martink@jacksonlewis.com

Dated: September 8, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of September 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Susan Deveney, by regular mail, postage prepaid.

/s/ Keturah Martin