UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARY KULIK,<br>Plaintiff,<br>v.<br><br>HARVARD PILGRIM HEALTHCARE, INC.,<br>LIBERTY MUTUAL INSURANCE COMPANY OF BOSTON<br>and<br>MARK BRONSTEIN, ESQUIRE,<br>Defendants. | C. A. No.: 1:08-cv-00277-S-LDA |

**STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for Mary Kulik ("Plaintiff") and Counsel for Defendant Liberty Mutual Insurance Company ("Liberty Mutual") that:

1. Defendant Liberty Mutual's time to Answer, move or otherwise respond to Plaintiff's Complaint shall be enlarged to and including **Thursday, October 9, 2008**.

Respectfully submitted,

Defendant,
Liberty Mutual Insurance Company,
By its attorneys,

/s/ Keturah Martin

Keturah Martin (R.I. Bar No. 7517)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Fax: (617) 367-2155
E-mail: martink@jacksonlewis.com

ASSENTED TO:

Plaintiff,
Mary Kulik,
By her attorney,

/s/ Susan Deveney/BY KM
Susan Deveney (R.I. Bar No. 3604)
1395 Atwood Avenue, Suite 207
Johnston, RI 02919
Telephone: (401) 944-1220
Fax: (401) 944-1225
E-mail: mediationservices@cox.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of September 2008, a true and correct copy of the foregoing document has been served on Plaintiff's counsel, Susan Deveney, by regular mail, postage prepaid.

/s/ Keturah Martin