**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARY KULIK**
**Plaintiff**

**vs.** **C.A. NO. 1:08-cv-00277-S-LDA**

**HARVARD PILGRIM HEALTHCARE, INC.**
**LIBERTY MUTUAL INSURANCE COMPANY**
**and MARK BRONSTEIN, ESQUIRE**
**Defendants**

**DEFENDANT, HARVARD PILGRIM HEALTHCARE, INC.'S, CORPORATE DISCLOSURE STATEMENT**

Pursuant to F.R.C.P. 7.1, Defendant, Harvard Pilgrim Healthcare, Inc., submits this corporate disclosure statement and states as follows:

1. Defendant, Harvard Pilgrim Healthcare, Inc. does not have a parent corporation.

2. No publicly traded corporation owns 10% or more of Defendant, Harvard Pilgrim Healthcare, Inc.'s, stock.

HARVARD PILGRIM
HEALTHCARE, INC.,
By Its Attorneys,

/s/ R. Kelly Sheridan

R. Kelly Sheridan (#1976)
ROBERTS, CARROLL,
FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

I, R, Kelly Sheridan, hereby certify that on September 9, 2008, I served the foregoing Corporate Disclosure Statement by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:

Susan Deveney, Esq.
1395 Atwood Avenue, Suite 207
Johnston, RI 02919

Keturah Martin, Esq.
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116

______/s/ R. Kelly Sheridan___________