**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARY KULIK**
**Plaintiff**

**vs.** **C.A. NO. 1:08-cv-00277-S-LDA**

**HARVARD PILGRIM HEALTHCARE, INC.**
**LIBERTY MUTUAL INSURANCE COMPANY**
**and MARK BRONSTEIN, ESQUIRE**
**Defendants**

**ENTRY OF APPEARANCE**

I, James A. Musgrave, Esq. hereby enter my appearance on behalf of Defendant, Harvard Pilgrim Healthcare, Inc.

.

HARVARD PILGRIM
HEALTHCARE, INC..
By Its Attorneys,

/s/ James A. Musgrave

James A. Musgrave (#6640)
ROBERTS, CARROLL,
FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

I, Richard M. Peirce, hereby certify that on September 17, 2008, I served the foregoing Entry of Appearance by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:

Susan Deveney, Esq.
1395 Atwood Avenue, Suite 207
Johnston, RI 02919

Keturah Martin, Esq.
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116

___/s/_James A. Musgrave, Esq.________________